UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY BRIAN MALLGREN,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>NEW YORK CITY, NEW YORK STATE, UNITED STATES OF AMERICA, BRITISH CONSULATE GENERAL, CONSULATE GENERAL OF ITALY, CONSULATE GENERAL OF SWITZERLAND, CONSULATE GENERAL OF FRANCE,<br><br>                              Defendant. | 24 Civ. 7441 (KPF)<br><br>**ORDER OF DISMISSAL** |

KATHERINE POLK FAILLA, District Judge:

The Plaintiff, who is appearing *pro se*, brings this action alleging a range of claims against Defendants, including some related to his employment with the City of New York, a period of unemployment, and various asylum applications filed in the United Kingdom, Italy, Switzerland, and France. (Dkt. #1, 3).[1]

By order dated October 28, 2024, the Court directed Plaintiff to file an amended complaint on or before January 3, 2025. (Dkt. #4). That order specified that failure to comply would result in dismissal of the complaint for failure to state a claim upon which relief may be granted, because the complaint does not meet the requirements of Rule 8 of the Federal Rules of Civil Procedure. (*Id.* at 2, 4). Over three weeks have passed since that

---

[1]   Plaintiff filed a complaint on September 29, 2024, and then, without leave of this Court, filed an amended complaint on October 7, 2024. (Dkt. #1, 3). The Court considered the two filings as one consolidated complaint.

deadline, and Plaintiff has not filed an amended complaint.  Accordingly, the complaint is dismissed for failure to state a claim upon which relief may be granted.  *See Salahuddin* v. *Cuomo*, 861 F.2d 40, 42 (2d Cir. 1988) (stating that when a complaint does not comply with the requirements of Rule 8, "the court has the power, on its own initiative … to dismiss the complaint").

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.  The Clerk of Court is also directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:  January 28, 2025
        New York, New York

KATHERINE POLK FAILLA
United States District Judge